# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

February 17, 2015

150444 & (20)

DEAN IRISH and DIANE IRISH,
        Plaintiffs-Appellees,

v

MICHAEL P SCHMIDT, D.O., and MID-MICHIGAN ORTHOPAEDICS, P.C.,
        Defendants-Appellants,
and

MEMORIAL HEALTHCARE, d/b/a MEMORIAL HOSPITAL,
        Defendant-Appellee.
_____/

SC: 150444
COA: 321887
Shiawassee CC: 13-004737-NH

On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without costs or fees to either party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 17, 2015

